LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DONNA STEWART, | No.  EDCV-11-00852 PLA |
|     Plaintiff, | ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner Of Social Security, | |
|     Defendant. | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND SEVEN HUNDRED NINETY DOLLARS AND 00/100 ($1,790.00) subject to the terms of the stipulation.

    DATE:  March 1, 2012

    _____
    HON. PAUL L. ABRAMS
    UNITED STATES MAGISTRATE JUDGE